The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EPHRAIM ROSENBERG, *et al.*,<br><br>    Defendants. | NO. CR20-151RAJ<br><br>**UNITED STATES' MOTION TO UNSEAL COURT DOCKET**<br><br>Noted:  September 17, 2020 |

The United States of America, by and through undersigned counsel, respectfully requests that the Court issue an order directing the Clerk of the Court to unseal the docket and pleadings in the above-captioned matter.

## I.  DISCUSSION

On September 16, 2020, a Grand Jury sitting in the Western District of Washington returned an Indictment, under seal, charging six defendants with various felony counts relating to a fraud and commercial bribery scheme.  The defendants allegedly employed fraud and paid bribes to at least ten different Amazon employees and contractors in order to secure unfair competitive advantages in relation to the Amazon Marketplace.

Defendant Rohit Kadimisetty is scheduled to make his initial appearance in federal court on September 18, 2020, following his arrest in California.  Defendant Hadis Nuhanovic

MOTION TO UNSEAL – 1
*United States v. Rosenberg, et al.* (CR20-151RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  is scheduled to self-surrender and make his initial appearance in federal court on

2  September 18, 2020.

3  ## II.  CONCLUSION

4  Accordingly, for the reasons set forth herein, the United States respectfully requests

5  that the Court issue an order directing the Clerk of the Court to unseal the docket in the

6  above-captioned matter on Friday, September 18, 2020, at or about 9 a.m. (PT).

7  The United States further requests that individual records on file otherwise subject to

8  separately filed sealing orders, if any, remain under seal.

9  DATED this 17th day of September, 2020.

10  Respectfully submitted,

11  

12  BRIAN T. MORAN
    United States Attorney

13  

14  *s/ Steven T. Masada*

15  STEVEN T. MASADA
    SIDDHARTH VELAMOOR

16  Assistant United States Attorneys

17  United States Attorney's Office
    700 Stewart Street, Suite 5220

18  Seattle, Washington 98101-1271

19  Phone:   (206) 553-4282
    Fax:       (206) 553-4440

20  E-mail:  Steven.Masada@usdoj.gov

21  

22  

23  

24  

25  

26  

27  

28  

MOTION TO UNSEAL – 2
*United States v. Rosenberg, et al.* (CR20-151RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970