Query   Reports   Utilities   Help   What's New   Log Out

CLOSED,PASPRT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:20-mj-04461-DUTY All Defendants

| | |
|---|---|
| Case title: USA v. Kadimisetty | Date Filed: 09/18/2020 |
| Other court case number: 20CR151 - RAJ Western District of Washington | Date Terminated: 09/23/2020 |

Assigned to: Duty Magistrate Judge

**Defendant (1)**

**Rohit Kadimisetty**  represented by  **Michael L Brown , II**
*TERMINATED: 09/23/2020*   Federal Public Defenders Office
 321 East 2nd Street
 Los Angeles, CA 90012
 213-894-5327
 Fax: 213-894-0081
 Email: michael_l_brown@fd.org
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*
 *Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | | |
|---|---|---|---|
| USA | | represented by | **Assistant 2241-2255 US Attorney LA-CR**<br>AUSA - Office of US Attorney<br>Criminal Division - US Courthouse<br>312 North Spring Street<br>Los Angeles, CA 90012-4700<br>213-894-2434<br>Email: USACAC.Criminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/18/2020 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Rohit Kadimisetty, originating in the Western District of Washington. Defendant charged in violation of: 18:371,1349,1343. Signed by agent Daniel Latham, FBI, Special Agent. (mhe) (Entered: 09/25/2020) |
| 09/18/2020 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Rohit Kadimisetty; defendants Year of Birth: 1993; date of arrest: 9/17/2020 (mhe) (Entered: 09/25/2020) |
| 09/18/2020 | 3 | SEALED Defendant Rohit Kadimisetty arrested on warrant issued by the USDC Western District of Washington at Seattle. (Attachments: # 1 Charging Documents)(mhe) (Entered: 09/25/2020) |
| 09/18/2020 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Maria A. Audero as to Defendant Rohit Kadimisetty Defendant arraigned and states true name is as charged. Attorney: Michael L Brown, II for Rohit Kadimisetty, Deputy Federal Public Defender, present. Court orders bail set as: Rohit Kadimisetty (1) $100,000 Appearance Bond, see attached for terms and conditions. Court orders defendant held to answer to Western District of Washington. Bond to Transfer. Defendant ordered to report on 10/15/20 at 9:00am. Court Reporter: Pat Cuneo. (mhe) (Entered: 09/25/2020) |
| 09/18/2020 | 5 | FINANCIAL AFFIDAVIT filed as to Defendant Rohit Kadimisetty. (Not for Public View pursuant to the E-Government Act of 2002) (mhe) (Entered: 09/25/2020) |
| 09/18/2020 | 6 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Rohit Kadimisetty. (mhe) (Entered: 09/25/2020) |
| 09/18/2020 | 7 | CONSENT to Video Conference/Telephonic Conference filed by Defendant Rohit Kadimisetty. (mhe) (Entered: 09/25/2020) |
| 09/18/2020 | 8 | DECLARATION RE: PASSPORT filed by Defendant Rohit Kadimisetty, declaring that I have been issued a passport or other travel document(s), but they are not currently in my possession. I will surrender any passport or other travel |

| | | |
|---|---|---|
| | | document(s) issued to me, to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case. (mhe) (Entered: 09/25/2020) |
| 09/18/2020 | 11 | MEMORANDUM FOR RELEASE ORDER AUTHORIZATION filed by PSA Officer as to Defendant Rohit Kadimisetty. (mhe) (Entered: 09/25/2020) |
| 09/18/2020 | 13 | DECLARATION RE: PASSPORT filed by Defendant Rohit Kadimisetty, declaring that I have been issued a passport or other travel document(s), but they are not currently in my possession. I will surrender any passport or other travel document(s) issued to me, to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case. RE: Bond and Conditions (CR-1) 12 . (mhe) (Entered: 09/25/2020) |
| 09/18/2020 | 15 | CONSENT to Video Conference/Telephonic Conference filed by Defendant Rohit Kadimisetty. (mhe) (Entered: 09/25/2020) |
| 09/18/2020 | 16 | WAIVER OF RULE 5 & 5.1 HEARINGS filed by Defendant Rohit Kadimisetty (mhe) (Entered: 09/28/2020) |
| 09/22/2020 | 14 | PASSPORT RECEIPT from U. S. Pretrial Services as to Defendant Rohit Kadimisetty. Foreign passport was received on 9/21/20. Re: Bond and Conditions (CR-1) 12 . (mhe) (Entered: 09/25/2020) |
| 09/23/2020 | 9 | REDACTED AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local Criminal Rule 46-5.2.8) in the amount of $100,000 by surety: Abbas Rezaei for Filed by Defendant Rohit Kadimisetty (mhe) (Entered: 09/25/2020) |
| 09/23/2020 | 10 | SEALED UNREDACTED Affidavit of Surety (No Justification) filed by Defendant Rohit Kadimisetty re: Affidavit of Surety (No Justification)(CR-4) 9 (mhe) (Entered: 09/25/2020) |
| 09/23/2020 | 12 | BOND AND CONDITIONS OF RELEASE filed as to Defendant Rohit Kadimisetty conditions of release: $100,000 Appearance Bond, see attached for terms and conditions approved by Magistrate Judge Michael R. Wilner. (mhe) (Entered: 09/25/2020) |
| 09/23/2020 | | Notice to Western District Washington of a Rule 5 or Rule 32 Initial Appearance as to Defendant Rohit Kadimisetty. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 4 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40). If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mhe) (Entered: 09/25/2020) |