AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## for the

United States of America )
v. )
Kadimisetty )
_____ )
*Defendant* )

Case No.  20-mj-4461

Charging District's Case No.  20-cr-151

FILED
CLERK, U.S. DISTRICT COURT
SEP 1 8 2020
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*  _____ Rohit Kadimisetty _____

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my
☐  preliminary hearing and/or ☐  detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  _____ 09/18/2020 _____

_____ /s/ attorney signature on behalf _____
*Defendant's signature*

_____ /s/ mbii _____
*Signature of defendant's attorney*

_____ Michael Brown II _____
*Printed name of defendant's attorney*