*United States Probation & Pretrial Services*

United States District Court
Central District of California

Kiry K. Gray
District Court Executive / Clerk of Court



Michelle A. Carey
Chief Probation & Pretrial Services Officer

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 2 2020

CENTRAL DISTRICT OF CALIFOR...
BY _DY_ DEP...

PACTS No: 7109981

**Passport Receipt**

Defendant Name: ROHIT KADIMISETTY
Name on passport, if different: SAME
Country of Origin: INDIA
Date passport issued: November 23, 2012
Expiration date of passport: November 22, 2022
Ordered by court in the Central District of California or Southern District of California
Docket Number: 2:20CR00151-RAJ / 2:20-446/M (05)

_Sai Mahesh Reddy Vennapusa_          9/21/2020
Surrendered By                         Date

_Devona Gardner_ DG                    9/21/2020
Received By                            Date

_____                _____
Returned To                            Date

_____                _____
Returned By                            Date

Purpose Returned
Address (if mailed)

Edward R. Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Suite 1410, Los Angeles, CA 90012-3332 / 213-894-4726 phone, 213-894-0231 fax