UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>     v.<br><br>ROHIT KADIMISETTY<br><br>                    Defendant. | Case No. 2:20-cr-00151-RAJ<br><br>DEFENDANT'S WAIVER OF IN-PERSON APPEARANCE AND CONSENT TO PROCEED BY VIDEO/TELEPHONIC CONFERENCE |
|---|---|

I, ROHIT KADIMISETTY, the above named defendant, acknowledge that I have been advised by my lawyer and the Court – by this form -- that pursuant to the Federal Rules of Criminal Procedure and the Sixth Amendment to the U.S. Constitution, I generally have the right to be personally present in open court to any hearing involving a criminal proceeding to which I am a party.

I am scheduled to have the following hearing(s) on 10/15/20: Arraignment at 9AM

I have been advised by my lawyer that because of coronavirus disease 2019 (COVID-19), the Governor of the State of Washington has issued an Emergency Proclamation and Chief Judge Ricardo S. Martinez in the Western District of Washington has issued a General Order 15-20 regarding Emergency Hearings.  As a result, I cannot currently be personally present in open court for this scheduled hearing.  Therefore, I wish to waive my right to be personally present in

DEFENDANT'S WAIVER OF IN-PERSON APPEARANCE
AND CONSENT TO PROCEED BY VIDEO/TELEPHONIC
CONFERENCE - 1

open court for the above-hearing(s), and acknowledge that my right to due process under the Constitution is best protected by moving forward with the hearing(s) by video/telephonic conference.

I have discussed with my lawyer this consent to appear and participate by video/telephonic conference and have agreed to the same.

I have also authorized by lawyer to electronically execute this form on my behalf.

Dated this 13th day of October, 2020

_____
Lawyer's signature, electronically executed,

On behalf of (Defendant)

DEFENDANT'S WAIVER OF IN-PERSON APPEARANCE
AND CONSENT TO PROCEED BY VIDEO/TELEPHONIC
CONFERENCE - 2