The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EPHRAIM ROSENBERG, *et. al*,<br><br>Defendants. | NO. CR20-151RAJ<br><br>GOVERNMENT'S NOTICE OF WITHDRAWAL OF COUNSEL |

Please take notice that Siddharth Velamoor is no longer Assistant United States Attorney for the Western District of Washington. Steven Masada, Assistant United States Attorney for the Western District of Washington, remains as counsel of record.

//
//
//

NOTICE OF WITHDRAWAL- 1
*United States v. Rosenberg, et. al*, CR20-151RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 2:20-cr-00151-RAJ   Document 79   Filed 03/17/21   Page 2 of 2

DATED this 17th day of March, 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/ Nicholas Manheim*
NICHOLAS MANHEIM
STEVEN MASADA
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-4282 Fax: (206) 553-0755
Nicholas.Manheim@usdoj.gov
Steven.Masada@usdoj.gov

NOTICE OF WITHDRAWAL- 2
*United States v. Rosenberg, et. al*, CR20-151RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970