The Honorable Robert A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EPHRAIM ROSENBERG, ET AL., <br><br> Defendant. | NO. CR20-151RAJ <br><br> GOVERNMENT'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL |

The United States of America, by and through Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Nicholas Manheim, Assistant United States Attorney for the Western District of Washington, hereby submits this Notice of Appearance of Additional Counsel in the above-captioned matter.

AUSA Nicholas Manheim, is now counsel of record for this case on behalf of the United States. Undersigned counsel respectfully requests that all pleadings, court documents, and correspondence be forwarded to the below-listed Assistant United States Attorney.

//
//
//

NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL - 1
EHPRAIM ROSENBERG, et al. CR20-151RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | |
| 2 | Dated this 17th day of March, 2021 |
| 3 | Respectfully submitted, |
| 4 | |
| 5 | TESSA M. GORMAN<br>Acting United States Attorney |
| 6 | |
| 7 | *s/ Nicholas Manheim* |
| 8 | NICHOLAS MANHEIM<br>Assistant United States Attorney |
| 9 | United States Attorney's Office |
| 10 | 700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271 |
| 11 | Telephone: (206) 553-4399 |
| 12 | E-mail: Nicholas.Manheim@usdoj.gov |

NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL - 2
EHPRAIM ROSENBERG, et al. CR20-151RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970