The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>    v.<br><br>ROHIT KADIMISETTY,<br><br>                        Defendant. | No. CR20-151RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO PROCEED WITH GUILTY PLEA HEARING BY VIDEO OR TELEPHONIC HEARING |

    THE COURT has considered the stipulated motion to proceed with guilty plea hearing by video or telephonic hearing, along with all the records and files in this case and the General Orders currently in effect.

    THE COURT FINDS that the circumstances are as set forth in the parties' motion, that the parties have set forth a sufficient basis to allow for the plea hearing in this matter to be held by video or telephonic means, and that a video or telephonic guilty plea hearing may take place as soon as practical because, among other things, further delays in this case would cause serious harm to the interests of justice for the reasons set forth in the parties' stipulation.  Accordingly,

ORDER – 1
*United States v. Kadimisetty*, No. CR20-151RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

THE COURT ORDERS that the Motion (Dkt. # 87) is GRANTED. The parties may proceed with a plea hearing by telephone and/or video conference, consistent with procedures established by this Court, and directs the parties to consult with one another and the criminal-duty magistrate judge to schedule such a hearing at a mutually acceptable date and time.

DATED this 3rd day of September, 2021.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2
*United States v. Kadimisetty*, No. CR20-151RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970