**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>ROHIT KADIMISETTY,<br><br>                    Defendant. | NO. 2:20-CR-0151-5<br><br>SATISFACTION OF SPECIAL ASSESSMENT AND FINE AND/OR RESTITUTION |

The defendant has paid in full the special assessment and any fine and/or restitution in this case. Accordingly, the Clerk of the United States District Court for the Western District of Washington may satisfy the condition in the sentence ordering payment of the special assessment and any fine and/or restitution.

DATED this 28th day of June, 2022.

                    Respectfully submitted,

                    NICHOLAS W. BROWN
                    United States Attorney

                    s/ Kyle A. Forsyth
                    KYLE A. FORSYTH, WSBA #34609
                    Assistant United States Attorney
                    700 Stewart Street, Suite 5220
                    Seattle, WA  98101-1271
                    Telephone: (206) 553-7970
                    Fax: (206) 553-0882
                    E-mail: kyle.forsyth@usdoj.gov

SATISFACTION OF SPECIAL ASSESSMENT
AND FINE AND/OR RESTITUTION- 1
(455NW)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
(206) 553-7970